IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JELTRETA TEJEDA,

    Plaintiff,

v.

THOMAS WEBSTER, PHILLIP YAHNKE
AND SCOTT FAVOUR,

    Defendants.

ORDER

Case No. 15-cv-431-jdp

---

JELTRETA TEJEDA,

    Plaintiff,

v.

JOHN DOE (1), JOHN DOE (2), JOHN
DOE (3) AND JANE DOE (1-2),

    Defendants.

ORDER

Case No. 15-cv-432-jdp

---

Plaintiff Jeltreta Tejeda has filed a proposed civil complaint in each of the above-captioned cases. Plaintiff has asked for leave to proceed *in forma pauperis* and has supported her request with an affidavit of indigency. The standard for determining whether plaintiff qualifies for indigent status is the following:

- From plaintiff's annual gross income, the court subtracts $3,700 for each dependent excluding the plaintiff.

- If the balance is less than $16,000, the plaintiff may proceed without any prepayment of fees and costs.

- If the balance is greater than $16,000 but less than $32,000, the plaintiff must prepay half the fees and costs.

- If the balance is greater than $32,000, the plaintiff must prepay all fees and costs.
- Substantial assets or debts require individual consideration.

In this case, plaintiff is currently unemployed and receives $834 per month, or $10,008 annually from Social Security. Plaintiff has no substantial assets. Accordingly, plaintiff may proceed without any prepayment of fees or costs.

ORDER

IT IS ORDERED that:

1. The motion filed by plaintiff Jeltreta Tejeda for leave to proceed without prepayment of fees (Dkt. # 2) is GRANTED.

2. No further action will be taken in these cases until the court has screened the complaint pursuant to 28 U.S.C. § 1915 to determine whether the case must be dismissed because the complaint is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief against a defendant who is immune from such relief. Once the screening process is complete, a separate order will issue.

Entered this 10th day of July, 2015.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge