IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JELTRETA TEJEDA,

                Plaintiff,

v.

SCOTT FAVOUR, DAVID J. MAHONEY,
JOHN DOE, JOHN DOE, JOHN DOE
and JANE DOE,

                Defendants.

ORDER

15-cv-431-jdp

---

Pro se plaintiff Jeltreta Tejeda asserts Fourth Amendment and Fourteenth Amendment claims against Madison police officer Scott Favor and several unknown Dane County Jail officials, contending that they used excessive force when arresting her and detaining her at the jail. On September 19, 2016, Favour's counsel reported that mail sent to Tejeda was returned undelivered and unable to be forwarded. Dkt. 13. The same day, the clerk's office of this court tried to call Tejeda, but her phone line was disconnected. The court attempted to hold a telephonic pretrial conference on October 12, 2016, but Tejeda did not participate. The court issued an order explaining that if Tejeda failed to provide the court with her mailing address and a telephone number by October 31, 2016, then the court would dismiss this lawsuit for Tejeda's failure to prosecute it. Dkt. 14. The court sent a copy of this order to Tejeda's last known address. Tejeda has not provided the court with her contact information or her whereabouts. Accordingly, the court will dismiss this case for Tejeda's failure to prosecute it.

ORDER

IT IS ORDERED that:

1. Pursuant to Federal Rule of Civil Procedure 41(b), this case is dismissed, without prejudice, for plaintiff Jeltreta Tejeda's failure to prosecute it.

2. The clerk of court is directed to send a copy of this order to plaintiff at her last known address and close this case.

Entered November 17, 2016.

                                          BY THE COURT:

                                          /s/

                                          _____
                                          JAMES D. PETERSON
                                          District Judge