IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JELTRETA TEJEDA,

    Plaintiff,

v.

THOMAS WEBSTER, PHILLIP YAHNKE,
SCOTT FAVOUR, DAVID J. MAHONEY,
JOHN DOE, JOHN DOE JOHN DOE and
JANE DOE,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 15-cv-431-jdp

---

    This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered

    (1) denying plaintiff Jeltreta Tejeda leave to proceed and dismissing her claims against defendants Thomas Webster and Phillip Yahnke; and

    (2) dismissing this case without prejudice pursuant to Fed. R. Civ. P. 41(b) for plaintiff's failure to prosecute it.

| /s/ | 11/17/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |